

**U.S. Department of Justice**

*Eastern District of California*

*United States Attorney*
McGregor W. Scott
United States Attorney

| | |
|---|---|
| 501 I Street, Suite 10-100 | 916/554-2700 |
| Sacramento, California  95814 | Fax 916/554-2900<br>TTY 916/554-2855 |

December 15, 2005

Honorable Kimberly J. Mueller
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:   United States v. Jesus Alfonso Quintana Carrillo
           Magistrate # 03-150-KJM
           <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Mueller:

    There was filed before you, on July 11, 2003, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Mexico, was extradited, and is in the custody of local authorities.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                                Very truly yours,

                                McGREGOR W. SCOTT
                                United States Attorney

                                By <u>/S/ THOMAS E. FLYNN</u>
                                   THOMAS E. FLYNN
                                Assistant U.S. Attorney

IT IS SO ORDERED:

                                _____
                                UNITED STATES MAGISTRATE JUDGE

DATED:  December 15, 2005.